**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| BECK SIMMONS LLC, individually and on behalf of all others similarly-situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCOTYP-POSTALIA, INC., )<br>)<br>and )<br>)<br>JOHN DOES 1-10, )<br>)<br>Defendants. ) | Case No.: 4:14-CV-01161-SPM |

**CONSENT MOTION TO STAY BRIEFING ON
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Counsel for the parties, Plaintiff, Beck Simmons, LLC, ("Plaintiff") and Defendant, Francotyp-Postalia, Inc. ("Francotyp-Postalia"), hereby submit this Joint Stipulation to Stay Class Certification briefing and stipulate as follows:

1. Plaintiff filed its Class Action Petition on April 30, 2014 in St. Louis County Circuit Court, St. Louis, Missouri.

2. Francotyp-Postalia was served with the Class Action Petition and Motion for Class Certification on June 2, 2014.

3. This case was removed to this Court on June 27, 2014.

4. Plaintiff did not file Doc. 9 Motion for Class Certification in Federal Court. Doc. 9 was provided to the Federal Court as part of the removal documents required to be filed by the removing party.

5.     The parties have agreed that any further briefing on the Motion for Class Certification should be stayed and the Motion for Class Certification should be held in abeyance until after a Rule 16 conference has been held and after a case management order has been issued setting a briefing schedule for class certification.

6.     Neither party would be prejudiced by staying the class certification issue as this case is in its early stages.  Additionally, staying the class certification issue is for good cause and not for the purposes of delay.

WHEREFORE, Plaintiff Beck Simmons, LLC and Defendant Francotyp-Postalia, Inc. jointly request that this Court enter an Order holding in abeyance Plaintiff's state court Motion for Class Certification until the Court holds the Rule 16 conference and issues a case management order setting a discovery and briefing schedule on class certification issues in the instant case.

  /s/ Max G. Margulis
Max G. Margulis, #24325MO
MARGULIS LAW GROUP
28 Old Belle Monte Road
Chesterfield, MO 63017
Phone: (636) 536-7022
Fax:  (636) 536-6652
Email: MaxMargulis@MargulisLaw.com
**Attorney for Plaintiff**
**Beck Simmons, LLC**

Brian J. Wanca, of Counsel
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501
Email: bwanca@andersonwanca.com

  /s/ Theodore J. MacDonald, Jr.
Theodore J. MacDonald, Jr., #28465MO
Michael L. Young, #52058MO
Katherine E. Jacobi, #63907MO
HEPLERBROOM, LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
Phone: (314) 241-6160
Fax: (314) 241-6116
Email: tjm@heplerbroom.com
          mly@heplerbroom.com
          kej@heplerbroom.com
**Attorneys for Defendant**
  **Francotyp-Postalia, Inc.**

2