# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BECK SIMMONS LLC, individual and on behalf of all others similarly-situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Case No. 4:14-cv-1161 ) |
| FRANCOTYP-POSTALIA, INC., | ) ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Beck Simmons LLC and Defendant Francotyp-Postalia, Inc., by their attorneys, jointly stipulate that this cause shall be dismissed with prejudice and with each party to bear its own fees and costs.


/s/ Max G. Margulis
Max G. Margulis
  e-mail:  maxmargulis@marguluslaw.com

MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO  63017
636-536-7022 telephone - Residential
636-536-6652 facsimile - Residential

Attorney for Plaintiff Beck Simmons LLC

/s/  Michael L. Young
Theodore J. MacDonald, Jr.   # 28465MO
  e-mail:  tjm@heplerbroom.com
Michael L. Young     # 52058MO
  e-mail:  mly@heplerbroom.com
Katherine E. Jacobi    # 63907MO
  e-mail:  kej@heplerbroom.com

HEPLER BROOM LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
314-241-6160 telephone
314-241-6116 facsimile

Attorneys for Defendant Francotyp-Postalia, Inc.

**PROOF OF SERVICE**

I hereby certify that I electronically filed on this 28th day of December, 2018, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*/s/  Max G. Margulis*

CH2\21448672.1